DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LITIGATION LAWYERS PROFESSIONAL ASSOCIATION,**
Appellant,

v.

**MARYAM R. DEHKORDI** and **FUAT KIRCAALI,**
Appellees.

No. 4D19-2766

[April 1, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dale C. Cohen, Judge; L.T. Case No. FMCE16003772.

Stephen Rakusin of Litigation Lawyers Professional Association, Fort Lauderdale, for appellant.

Susan R. Brown of Susan R. Brown, P.A., Plantation, for appellee Maryam R. Dehkordi.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***